UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED

2008 AUG -8  A 10: 00

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:89-cr-79 |
| ) | Judge Edgar |
| JAMES LANDRUM ) | |

## ORDER

On August 7, 2008, defendant Landrum filed an amended motion. [Doc. No. 135]. The United States shall file its response on or before **August 29, 2008**.

SO ORDERED.

ENTER this the 8th day of August, 2008.

/s/ R. Allan Edgar
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE